IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 01-cv-1789-ZLW-MJW

MICHAEL PIRAU,

    Plaintiff,

v.

HEILIG MEYERS FURNITURE DBA RHODES FURNITURE, INC.,

    Defendant.

_____

ORDER OF DISMISSAL
_____

    Pursuant to and in accordance with this Court's Order To Show Cause dated October 18, 2006, it

    ORDERED that the Complaint and cause of action are dismissed without prejudice for failure to prosecute.

    DATED at Denver, Colorado, this __22__ day of November, 2006.

    BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court